IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD F. DEWITT, | ) | |
| *On behalf of Karen R. Galloway,* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-3743-B |
| | ) | |
| LEW STERRETT JUSTICE CENTER, ET AL., | ) | |
| Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings,

Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the

findings and conclusions of the Court.

Signed this 16th day of March, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE